UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN COOLEY, JR.,

        Plaintiff,

v.

WAYNE COUNTY, *et al.*,

        Defendants.

Case No. 25-cv-13252
Hon. Matthew F. Leitman

_____/

**<u>ORDER (1) GRANTING DEFENDANT WELLPATH, LLC'S</u>**
**<u>UNOPPOSED MOTION TO DISMISS (ECF No. 11) AND</u>**
**<u>(2) GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR</u>**
**<u>LEAVE TO FILE EXCESS PAGES (ECF No. 16)</u>**

In this action, Plaintiff Melvin Cooley Jr. brings claims against the Defendants

for deliberate indifference to his serious medical needs under 42 U.S.C. § 1983, the

Americans with Disabilities Act, and the Rehabilitation Act. (*See* Compl., ECF No.

1.) Three motions are now pending before the Court.

First, Defendant Wellpath, LLC has filed a motion to dismiss. (*See* Mot., ECF

No. 11.) In that motion, Wellpath argues that in November 2024, it declared

bankruptcy in the United States Bankruptcy Court for the Southern District of Texas,

and it says that Cooley's claims are barred under the discharge that was entered in

those bankruptcy proceedings. (*See id.*, PageID.61-62.) Cooley has not filed any

response to Wellpath's motion. (*See* Dkt.) For the reasons explained in the motion,

Wellpath's unopposed motion to dismiss is **GRANTED**.  All claims against Wellpath in this action are **DISMISSED**.

Second, Defendant Wayne County has filed a motion to dismiss. (*See* Mot., ECF No. 14.)  That motion remains pending, and the Court will hold a hearing on the motion in the near future.

Finally, on January 20, 2026, Cooley Jr. filed a motion for leave to file a response to Wayne County's motion that exceeds the Court's standard page limitations. (*See* Mot., ECF No. 16.)  That unopposed motion is **GRANTED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 10, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2