UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN COOLEY, JR.,

Plaintiff,

v.

Case No. 25-cv-13252
Hon. Matthew F. Leitman

WAYNE COUNTY, *et al.*,

Defendants.

______________________________________________/

**ORDER (1) TERMINATING DEFENDANT'S MOTION TO DISMISS AS MOOT (ECF No. 14), (2) GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT; (3) GRANTING PLAINTIFF LEAVE TO CONDUCT LIMITED EARLY DISCOVERY; AND (4) DECLINING SUPPLEMENTAL JURISDICTION OVER STATE-LAW CLAIMS**

On August 11, 2026, the Court held a hearing on Defendant Wayne County's motion to dismiss. (*See* Mot., ECF No. 14.) For the reasons explained on the record, the motion is **RESOLVED** as follows:

- The Court **GRANTS** Plaintiff Melvin Cooley, Jr. leave to file a First Amended Complaint. The First Amended Complaint shall include only claims that arise under federal law. In addition to making any other revisions Cooley, Jr. may wish to make, the First Amended Complaint shall address the issues that the Court identified during the motion hearing. Cooley, Jr. shall file his First Amended Complaint by no later than **September 11, 2026**.

- The Court further **GRANTS** Cooley, Jr. leave to conduct limited early discovery. That discovery shall be limited to identifying the individuals

who came into contact with Cooley, Jr. during the incident(s) identified in his Complaint and could be liable to Cooley, Jr.

- The Court **TERMINATES** Wayne County's motion to dismiss (ECF No 14) **WITHOUT PREJUDICE** as **MOOT**. Wayne County may file a new dispositive motion addressing the First Amended Complaint if it believes such a motion is appropriate after reviewing that pleading.

- The Court **DECLINES** to exercise supplemental jurisdiction over Cooley, Jr.'s state-law claims as pleaded in his Complaint. Cooley, Jr. shall not include those claims in his First Amended Complaint. If Cooley, Jr. files those claims in the appropriate state court within 90 days of this order, those claims shall be deemed timely filed. Discovery taken in the parallel state-court action may be used in this case.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 11, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 11, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126